UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Charles G. Riley, Sr., et al.**, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:11CV00147 AGF |
| | ) |
| **Randolph County et al.**, | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on January 21, 2011 and assigned to the Honorable Audrey G. Fleissig. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:11cv0006 JCH. The Honorable Jean C. Hamilton will preside.

Case No. 4:11cv00147 AGF is hereby administratively closed.

Dated this 24th day of January, 2011.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:11cv0006 JCH** in all future matters concerning this case.